IN THE SUPREME COURT OF NORTH CAROLINA

No. 122A13

FILED 4 OCTOBER 2013

RAMEY KEMP & ASSOCIATES, INC.,
            Plaintiff

            v.

RICHMOND HILLS RESIDENTIAL PARTNERS, LLC; FIRST BANK and FIRST TROY SPE, LLC,
            Defendant and Third-Party Plaintiffs

            v.

STEVE SAIEED,
            Third-Party Defendant


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 737 S.E.2d 420 (2013), affirming an order granting summary judgment entered on 3 October 2011 by Judge R. Allen Baddour, Jr. in Superior Court, Wake County.  Heard in the Supreme Court on 5 September 2013.

*Manning Fulton & Skinner, P.A., by William C. Smith, Jr. and Natalie M. Rice, for plaintiff-appellee.*

*Boxley, Bolton, Garber & Haywood, L.L.P., by Ronald H. Garber, for defendant-appellants First Bank and First Troy SPE, LLC.*

PER CURIAM.

AFFIRMED.